AARON D. FORD
  Attorney General
HARRY B WARD, Bar No. 11317
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1159
E-mail: hward@ag.nv.gov

*Attorneys for Defendants*
*Roger Mooney*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLARENCE MCNAIR,<br><br>                  Plaintiff,<br><br>vs.<br><br>ROGER MOONEY,<br><br>                Defendants. | Case No. 3:18-cv-00399-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Clarence McNair, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Harry B. Ward, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///
///
///
///
///
///
///
///
///

1

1      This Stipulation for Dismissal with Prejudice is executed according to the terms agreed upon at

2  the Early Mediation Conference which took place on January 21, 2020, and which are memorialized in

3  the Minutes of Proceedings entered ECF No. 14.

4      DATED this _27_ day of January, 2020.     DATED this _27th_ day of January, 2020

6                                           AARON D. FORD
                                         Attorney General

8  *Clarence Mc Nair*          By: _____

9  CLARENCE MCNAIR, #1059617         HARRY B. WARD, Bar No. 11317
   Plaintiff, *Pro Se*                         Deputy Attorney General

10                                           *Attorneys for Defendants*

12                      **IT IS SO ORDERED.**

14                      **UNITED STATES DISTRICT JUDGE**

16                      **DATED:** _____ January 30, 2020

2

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 27th day of January, 2020, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to the following:

Clarence McNair, #1059617
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

/s/Perla M. Hernandez_____
An employee of the
Office of the Attorney General